1
2
3
4
5
6
# UNITED STATES DISTRICT COURT
7
## DISTRICT OF NEVADA
8
9 TIM GRIMALDI,
10      Plaintiff,                    Case No. 2:12-cv-00992-JCM-CWH
11 vs.                                **ORDER**
12 STATE OF NEVADA, et al.,
13      Defendants.
14
15      The court dismissed the complaint, giving plaintiff leave to amend.  Order (#3).  Plaintiff has
16 not submitted an amended complaint within the allotted time.
17      IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for
18 plaintiff's failure to comply with the court's order and for failure to state a claim upon which relief
19 may be granted.  The clerk of the court shall enter judgment accordingly.
20      IT IS FURTHER ORDERED that any appeal from this dismissal would not be taken in good
21 faith.
22      DATED:  November 8, 2012.
23
24                                    _____
25                                    JAMES C. MAHAN
                                      United States District Judge
26
27
28