# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TIM GRIMALDI,

     Plaintiff,

vs.

STATE OF NEVADA, et al.,

     Defendants.

Case No. 2:12-cv-00992-JCM-CWH

**ORDER**

     The court dismissed the complaint, giving plaintiff leave to amend.  Order (#3).  Plaintiff has not submitted an amended complaint within the allotted time.

     IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for plaintiff's failure to comply with the court's order and for failure to state a claim upon which relief may be granted.  The clerk of the court shall enter judgment accordingly.

     IT IS FURTHER ORDERED that any appeal from this dismissal would not be taken in good faith.

     DATED:  November 8, 2012.

_____
JAMES C. MAHAN
United States District Judge